IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

PAUL A. PIERCE, et.al.,                                                                    PLAINTIFFS

v.                                                          CIVIL ACTION NO. 3:13-cv-143-SA-SAA

BANK OF AMERICA, N.A., et.al.                                                          DEFENDANTS

## ORDER GRANTING MOTION FOR LEAVE TO INTERVENE

The Court, having considered the unopposed Motion for Leave to Intervene [51] by Trustmark National Bank ("Trustmark"), hereby grants Trustmark's intervention as party plaintiff.

Trustmark moves to intervene pursuant to Federal Rule of Civil Procedure 24(a), which requires the Court to permit intervention by any movant who on timely motion: (1) is given an unconditional right to intervene by a federal statute; or (2) claims an interest relating to the property or transaction that is subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.

Trustmark alleges it holds the valid primary deed to the property in controversy, which is in opposition to defendant Bank of America, N.A.'s claim for the same. Because no existing party could adequately represent Trustmark's alleged interest, Trustmark's Motion for Leave to Intervene [51] is GRANTED. This case shall be reopened for further adjudication.

SO ORDERED, this the 8th day of August, 2016.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**