IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

PAUL A. PIERCE, ET AL.                                                                    PLAINTIFFS

V.                                                         CAUSE NO.: 3:13CV143-SA-SAA

BANK OF AMERICA, N.A., et al.                                                      DEFENDANTS

ORDER GRANTING MOTION TO DISMISS

Before the Court is the Motion to Dismiss without Prejudice filed by Plaintiff-in-Intervention, Trustmark National Bank. No objections have been filed to the motion. Having considered the motion, it is hereby ORDERED that Trustmark's Motion to Dismiss without Prejudice be, and is hereby, GRANTED, dismissing Trustmark's intervention against Defendants-in-Intervention, Bank of America, N.A., Federal National Mortgage Association, and Tyler Lee Smith & Association PLLC, without prejudice, with each party to bear its own costs.

SO ORDERED, this the 7th day of February, 2016.

/s/ Sharion Aycock
**U.S. DISTRICT COURT**